CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED
MAY 2 5 2023
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 6:23-CR-00008 |
| | ) |
| ANDREW KENT | ) |
| a/k/a "Leo" | ) |

## MOTION TO SEAL

Comes now the United States of America through its attorney and requests that the above indictment be sealed.

1. The government states that the disclosure of the above indictment would jeopardize the investigation and capture of the defendant, who is not currently in custody.

2. The government requests that the indictment be sealed for 30 days or until the arrest of the defendant, whichever is sooner.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date: May 25, 2023

/s/ Jason M. Scheff
Jason M. Scheff
Assistant United States Attorney
NY State Bar No. 5188701
Jason.Scheff@usdoj.gov