CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

8/2/2023

LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW KENT,<br><br>*Defendant.* | CASE NO. 6:23-cr-00008<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    If a Plea Agreement is going to be executed for Defendant, it is **ORDERED** that such Plea Agreement be executed no later than **fourteen (14) days** before trial. Except for good cause shown, failure of Defendant to execute a Plea Agreement on or before fourteen days before trial may result in loss of acceptance of responsibility.

    Counsel shall advise the Clerk of Court no later than **fourteen (14) days** before trial whether Defendant has executed a Plea Agreement or Defendant intends to plead guilty without a plea agreement.

    It is so **ORDERED**.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

    Entered this 2nd day of August, 2023.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE