IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW KENT )<br>)<br>Defendant. ) | Case No.: 6:23CR00008 |

## ORDER GRANTING DEFENDANT ANDREW KENT'S SECOND MOTION TO CONTINUE

This matter has come before the Court on the motion of Defendant Andrew Kent, by counsel, who is requesting permission to continue the plea hearing in this matter until April 1, 2024. Based on the reasons cited in the Motion to Continue and for other good cause shown, the Motion is GRANTED and the Clerk's Office is directed to send certified copies of this Order to all counsel of record.

Dated this ___ day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE