IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 6:23CR00008-001              Date: April 1, 2024

**Defendant:** Andrew Kent (Custody)           **Counsel:** Jennifer S. DeGraw (Retained)
                                              & Carl E. Cornwell, II (PHV/Retained)

PRESENT:
- JUDGE: Norman K. Moon        TIME IN COURT: 10:17 – 10:35 am (18 mins)
- Deputy Clerk: Carmen Amos
- Court Reporter: Lisa Blair
- U. S. Attorney: Jason M. Scheff
- USPO: Andrew Ridgway
- Case Agent: Mary Echols & Jason McCoy, FBI
- Interpreter: N/A

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Count 4 of the Indictment.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests. Agreed Statement of Facts filed with court.
- ☒ Court finds defendant guilty as charged in Count 4 of the Indictment.
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 4 of the Indictment | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☐ Defendant to remain on bond.
- ☒ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for July 10, 2024 at 11:00 a.m. in Lynchburg before Judge Moon.

Additional Information: