CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
5/15/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 6:23-cr-00008 |
| ANDREW KENT ) | |
| a/k/a "Leo" ) | |
| ) | |

## ORDER VACATING PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the United States' Motion to Vacate the Preliminary Order of Forfeiture, entered by the Court on April 1, 2024.

Being fully advised of the relevant facts, it is hereby:

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED, and the Preliminary Order of Forfeiture is VACATED.

ENTERED THIS __15th__ DAY OF MAY, 2024.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE